United States District Court
Southern District of Texas
**ENTERED**
October 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA H. JUMBO,<br>    Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-03509 |
| GOODWILL INDUSTRIES HOUSTON,<br>    Defendant. | §<br>§<br>§<br>§ | |

### ORDER

Plaintiff, Joshua H. Jumbo, was **ORDERED** to file a letter with the Court by **5:00 pm on Tuesday, October 24, 2023,** explaining why Plaintiff did not attend the October 20, 2023 final pretrial conference and why this case should not be dismissed for want of prosecution. (Dkt. 67). To date, Plaintiff has not filed the letter or otherwise contacted the Court. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), because Plaintiff has failed to comply with the Court's order, it is **ORDERED** that this action is hereby **DISMISSED for want of prosecution**.

SIGNED on October 25, 2023.

_____
**GEORGE C. HANKS, JR.**
**UNITED STATES DISTRICT JUDGE**